THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
E: courtnotices@injuryhelpnow.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY LEWIS,<br><br>  Plaintiff<br><br>v.<br><br>STEPHEN ROGERS, ROGERS MASTRANGELO CARVALHO & MITCHELL, LTD., UNITED AUTOMOBILE INSURANCE COMPANY, AND DOES I through V, inclusive,<br><br>  Defendants | CASE NO. 2:25-cv-01893-CDS-MDC<br><br>**OrderApproving STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (ECF No. 4)**<br><br>[ECF No. 8] |

Pursuant to LR IA 6-1, plaintiff Gary Lewis ("Lewis") and defendant United Automobile Insurance Company ("UAIC"), by and through their respective counsel, hereby stipulate, subject to this Court's approval, to extend the time for Plaintiff to respond to UAIC's Motion to Dismiss Plaintiff's Complaint through November 3, 2025.

On October 3, 2025, UAIC filed a Petition for Removal to this Court [ECF No. 1]. On October 10, 2025, UAIC filed a Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6). [ECF No. 4]. Plaintiff's response to the Motion to Dismiss is due on October 24, 2025.

Following the filing of the Motion to Dismiss, counsel for Plaintiff has been out of state caring for a family member which required significant time and effort by counsel. Plaintiff requested and Defendant agreed that good cause exists to extend the time for Plaintiff to respond to the Motion to Dismiss. The parties agreed an appropriate extension would be through November 3, 2025. This is the first request for an extension of time. The parties do not believe any prejudice or undue delay will occur as a result of this relatively brief extension of time.

It is therefore stipulated that Plaintiff has through November 3, 2025 to file a response to UAIC's Motion to Dismiss (ECF No. 4).

**IT IS SO STIPULATED.**

Dated this 23rd day of October, 2025.
CHRISTENSEN LAW OFFICES, LLC
BY:__/s/Thomas Christensen_____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada  89107
courtnotices@injuryhelpnow.com
Counsel for Gary Lewis

WOMBLE BOND DICKINSON (US) LLP
By:_/s/J. Christopher Jorgensen_____
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Parkway, suite 600
Las Vegas, NV 89169
Chris.Jorgensen@wbd-us.com
Counsel for UAIC

**IT IS SO ORDERED:**

_____
United States District Judge
DATED: October 28, 2025

2