TIMOTHY J. LEPORE (SBN 13908)
ERIC TRAN (SBN 11876)
**ROPERS MAJESKI PC**
6623 Las Vegas Boulevard South, Suite F-230
Las Vegas, NV  89119
Telephone:    702.954.8300
Facsimile:    213.312.2001
Email:        timothy.lepore@ropers.com
              patrick.hulbert@ropers.com

*Attorneys for Defendants*
*STEPHEN ROGERS and ROGERS MASTRANGELO*
*CARVALHO & MITCHELL, LTD.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY LEWIS,<br><br>Plaintiff<br><br>v.<br><br>STEPHEN ROGERS, ROGERS MASTRANGELO CARVALHO & MITCHELL, LTD., UNITED AUTOMOBILE INSURANCE COMPANY,<br><br>Defendants | CASE NO. 2:25-cv-01893-CDS-MDC<br><br>**Order Approving DEFENDANTS' STIPULATION TO EXTEND DEADLINE TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 38 AND 40]**<br><br>**FIRST REQUEST**<br>[ECF No. 42] |

Defendants STEPHEN ROGERS ("Rogers") and ROGERS MASTRANGELO CARVALHO & MITCHELL, LTD ("RMCM"), by and through their counsel of record, Timothy J. Lepore of Ropers Majeski, P.C., Defendant UNITED AUTOMOBILE INSURANCE COMPANY ("UAIC"), by and through its counsel of record, J. Christopher Jorgensen of the law firm Womble Bond Dickinson (US) LLP (Rogers, RMCM and UAIC are hereinafter, collectively "Defendants"), and PLAINTIFF GARY LEWIS ("Plaintiff"), by and through his counsel of record, Tom Christensen of Christensen Law Offices, LLC, hereby submit their first Stipulation to Extend the Deadline for Defendants to Respond to Plaintiff's two Motions for Partial Summary Judgment against Defendants [ECF No. 38 and 40], which are currently set for May 13, 2026 and May 14, 2026.

4924-2014-1227.3

1.      Whereas, on April 22, 2026, Plaintiff filed a Motion for Partial Summary Judgment against Defendant United Automobile Insurance Company. [ECF No. 38]. The current deadline for UAIC to file a response to Plaintiff's Motion for Partial Summary Judgment is May 13, 2026.

2.      Whereas, on April 23, 2026, Plaintiff filed a Motion for Partial Summary Judgment against Defendants Stephen Rogers and Rogers Mastrangelo, Carvalho & Mitchell, Ltd. [ECF No. 40]. The current deadline for Defendants to file a response to Plaintiff's Motion for Partial Summary Judgment is May 14, 2026.

3.      Whereas, after Plaintiff filed his Motion for Partial Summary Judgment, Defendants requested that Plaintiff agree to a short, one-week extension to accommodate Defendants' counsel's schedule. The Parties submit that good cause exists to grant this short extension, as it will not affect the scheduling deadlines in this case, and the parties have been actively litigating the claims and defenses raised therein.

/ / /

/ / /

/ / /

4924-2014-1227.3

- 2 -

4.      Whereas, Plaintiff and Defendants stipulated to a one-week extension for Defendants to file a response to Plaintiff's Motion for Partial Summary Judgment [ECF No. 38 and 40], extending the deadline to **Wednesday, May 20, 2026**.

Dated: May 13, 2026

ROPERS MAJESKI PC

By: */s/ Timothy J. Lepore*
      TIMOTHY J. LEPORE (SBN 13908)
      *Attorneys for Defendants*
      *STEPHEN ROGERS and ROGERS*
      *MASTRANGELO CARVALHO &*
      *MITCHELL, LTD.*

Dated: May 13, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ *J Christopher Jorgensen*
      J CHRISTOPHER JORGENSEN
      8488 Rozita Lee Avenue, Suite 400
      Las Vegas, Nevada 89113
      Attorneys for Defendant United
      Automobile Insurance Company

Dated: May 13, 2026

CHRISTENSEN LAW OFFICES, LLC

By: */s/ Thomas Christensen*
      THOMAS CHRISTENSEN (SBN 2326)
      *Attorneys for Plaintiff*
      *GARY LEWIS*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2026

4924-2014-1227.3

- 3 -