THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
(702) 870-1000
courtnotices@injuryhelpnow.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GARY LEWIS,

               Plaintiff

v.

STEPHEN ROGERS, ROGERS
MASTRANGELO CARVALHO &
MITCHELL, LTD., UNITED
AUTOMOBILE INSURANCE
COMPANY,

               Defendants

CASE NO. 2:25-cv-01893-CDS-MDC

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 38 AND 40)**

[ECF No. 49]

PLAINTIFF GARY LEWIS ("Plaintiff"), by and through his counsel of record, Thomas Christensen of Christensen Law Offices, LLC, and Defendants STEPHEN ROGERS ("Rogers") and ROGERS MASTRANGELO CARVALHO & MITCHELL, LTD ("RMCM"), by and through their counsel of record, Timothy J. Lepore of Ropers Majeski, P.C., and Defendant UNITED AUTOMOBILE INSURANCE COMPANY ("UAIC"), by and through

**1**

its counsel of record, J. Christopher Jorgensen of the law firm Womble Bond Dickinson LLP hereby submit their first Stipulation to Extend the Deadline for Plaintiff to file his Replies in Support of two pending Motions for Partial Summary Judgment [ECF No. 38 and 40], which are currently due June 3, 2026.

On April 22, 2026, Plaintiff filed a Motion for Partial Summary Judgment against Defendant United Automobile Insurance Company. [ECF No. 38]. On April 23, 2026, Plaintiff filed a Motion for Partial Summary Judgment against Defendants Stephen Rogers and Rogers Mastrangelo, Carvalho & Mitchell, Ltd. [ECF No. 40]. UAIC and RMCM filed Responses on May 20, 2026 [ECF No. 45 and 46].

Subsequently, Plaintiff's counsel's wife was hospitalized and she continues to undergo related testing and treatment which has taken Plaintiff's counsel away from office for a significant amount of time. Counsel therefore requested that Defendants agree an extension of time to allow for the filing of Plaintiff's reply briefs. The Parties submit that good cause exists to grant this extension and it will not affect the scheduling deadlines. Plaintiff and Defendants hereby stipulate to a two-week extension for Plaintiff to file Reply Briefs in support of his two Motions

in support of his two Motions for Partial Summary Judgment [ECF No. 38 and 40], extending the deadline to Wednesday, June 17, 2026.

Dated this 2nd day of June, 2026.


Christensen Law Offices, LLC
*/s/Thomas F. Christensen_____*
Thomas F. Christensen, Esq.
Nevada Bar  No. 2326
1000 S. Valley View Blvd.
Las Vegas, NV 89107
courtnotices@injuryhelpnow.com
*Attorneys for Plaintiff Gary Lewis*

ROPERS MAJESKI PC
*/s/Timothy J. Lepore_____*
Timothy J. Lepore, Esq.
Nevada Bar  No. 11876
6623 Las Vegas Blvd. South #F-230
Las Vegas, NV 89119
timothy.lepore@ropers.com
*Attorneys for RMCM & Rogers*

WOMBLE BOND DICKINSON (US) LLP
*By: /s/ J Christopher Jorgensen_____*
J. CHRISTOPHER JORGENSEN
Nevada Bar No. 5382
8488 Rozita Lee Avenue, Suite 400
Las Vegas, Nevada 89113
chris.jorgensen@wbd-us.com
*Attorneys for UAIC*


*IT IS SO ORDERED:*

_____
UNITED STATES DISTRICT JUDGE
*DATED:*  June 4, 2026