THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
T:(702) 870-1000
E: courtnotices@injuryhelpnow.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY LEWIS,<br><br>                    Plaintiff,<br><br>vs.<br><br>STEPHEN ROGERS, ROGERS MASTRANGELO CARVALHO & MITCHELL, LTD., UNITED AUTOMOBILE INSURANCE COMPANY, AND DOES I through V, inclusive,<br><br>                    Defendants, | CASE NO. 2:25-cv-01893-CDS-MDC<br><br>**PLAINTIFF'S MOTION TO DEEM RESPONSE TO UAIC's, STEPHEN ROGERS', and ROGERS MASTRANGELO CARVALHO & MITCHELL, LTD'S JOINT MOTION TO STAY TIMELY (ECF NO. 44)** |

Plaintiff, Gary Lewis, by and through his attorney Thomas Christensen at Christensen Law Offices, LLC respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), for a *nunc pro tunc* one-day extension of the deadline to file his response to United Automobile Insurance Company's ("UAIC"), and  Stephen Rogers' and Rogers Mastrangelo Carvalho & Mitchell, Ltd's (collectively "RMCM") Joint Motion to Stay.(ECF No. 41)

On May 5, 2026 the Defendants UAIC and RMCM filed a Joint Motion to Stay Discovery Pending Resolution of Currently Filed Motions to Dismiss (ECF No. 41). Any response thereto was therefore due on May 19, 2026.  However, on May 19, 2026, Plaintiff's counsel experienced technical difficulties with his computer and login credentials, resulting in the Plaintiff's response being filed approximately 8 hours late. The Response was filed as ECF No. 44 on May 20, 2026. The short delay was the result of excusable neglect, is  de minimis (one day), causes no prejudice

1

to any party and was not in bad faith.  In an abundance of caution and with apologies to the Court and the parties, Plaintiff now files this Motion seeking relief based upon good cause and excusable neglect existing under FRCP 6(b)(1)(B) to allow for the requested relief.

This Court has previously granted one-day *nunc pro tunc* extensions for similar calendaring errors. A one-day late filing caused by a reasonable mistake (even a simple calendaring error) constitutes excusable neglect, and the court should allow the filing and deny any motion to strike. *Montalvo v. Baca*, Case No. 3:20-cv-00131-MMD-WGC (D. Nev., January 6, 2021)  Good cause and excusable neglect exist here. Plaintiff therefore respectfully requests that the Court grant this motion, deem the Response (ECF No. 44) timely filed as of May 19, 2026, and deny any party's objection or request to strike it on timeliness grounds.

Dated this 21st  day of  May, 2026.

CHRISTENSEN LAW OFFICES, LLC
*/s/Thomas F. Christensen, Esq.*
Thomas F. Christensen, Esq.
Nevada Bar #2326
courtnotices@injuryhelpnow.com
*Attorneys for Kabul*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated:6-10-26